# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| RASHIDA C. PICKETT, | : | Bankruptcy No. 08-12256DWS |
| | : | |
| Debtor. | : | |

## ORDER

**AND NOW**, this 2nd day Of December 2008, after a hearing on this Court's Order to Show Cause;

**And** the Court finding that Debtor's counsel acting through Raymond M. Kepinski, Esquire ("Kepinski") of the law firm of Michael J. Halprin, Esquire ("Halprin") entered into a stipulation to settle litigation without the authorization of the Debtor;

It is hereby **ORDERED** that Halprin will disgorge to the Debtor the sum of $676.00 (representing her retainer of $1,000 less filing fee and credit counseling cost);[1]

**And** it is **further ORDERED** that all future stipulations negotiated by Halprin and Kepinski will either be signed by the debtor or the debtor will appear in Court to verify agreement to the terms of the settlement;

**And** it is **also ORDERED** as debtor no longer wants to engage the services of Halprin, they may file a withdrawal of appearance.

*Diane W. Sig* (signature)

DIANE WEISS SIGMUND
U.S. Bankruptcy Judge

---

[1] This money is available to retain new counsel.